# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| EGLAEL SOTO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 7:20-cv-01240-ACA-JHE |
| ) | |
| WARDEN PATRICIA BRADLEY, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

On September 30, 2020, the magistrate judge entered a report recommending that the court deny Petitioner Eglael Soto's 28 U.S.C. § 2241 petition for writ of habeas corpus. (Doc. 7). Ms. Soto objects to the report and recommendation on the basis that the court should construe her request as a § 2241 petition, and grant the petition because she faces a risk of severe illness from COVID-19 based on her medical condition. (Doc. 8).

The court **OVERRULES** Ms. Soto's objections. First, the magistrate judge found that Ms. Soto's filing was properly considered a § 2241 petition. (Doc. 7 at 3). Second, the magistrate judge correctly concluded that Ms. Soto is not entitled to habeas relief. (*Id.* at 3–6). Accordingly, the court **ADOPTS** the report and **ACCEPTS** the recommendation to deny Ms. Soto's § 2241 petition with prejudice.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this October 23, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE